# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KIMBERLY RIFE, NICOLLE KAINRATH, MITZI GRIFFIN, HEATHER BROWN, LORRAYNE CASEY, and KELLY NAEGELE, individually and on behalf of all others similarly situated, <br><br> and <br><br> MERCEDES PRADO and SHARLING PRADO, individually, <br><br> Plaintiffs, <br><br> v. <br><br> NEWELL BRANDS, INC., a Delaware Corporation, and SUNBEAM PRODUCTS, INC., a Delaware corporation, d/b/a Jarden Consumer Solutions, <br><br> Defendants. | Case No. 9:20-cv-80021-RKA/BER <br><br> JURY DEMAND |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Plaintiffs Kimberly Rife, Nicolle Kainrath, Mitzi Griffin, Heather Brown, Lorrayne Casey, and Kelly Naegele and Defendants Newell Brands Inc. and Sunbeam Products, Inc. hereby notify the Court that the parties have reached an agreement to resolve the above-captioned action. The parties are working to finalize the terms of the settlement and anticipate that they will file a Joint Stipulation for Order of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) within 45 days.

Respectfully submitted this 20th day of December 2022.

| LAW OFFICES OF JASON TURCHIN | SHOOK HARDY & BACON LLP |
|---|---|
| /s/ Jason Turchin<br>Jason Turchin, FBN:  585300<br>2883 Executive Park Dr. #103-A<br>Weston, FL 33331<br>Telephone: (954) 515-5000<br>Facsimile:  (954) 659-1380<br>jason@victimaid.com | /s/ Daniel B. Rogers<br>Daniel B. Rogers<br>Florida Bar No. 195634<br>201 S. Biscayne Blvd., Suite 3200<br>Miami, FL 33131<br>305-358-5171<br>drogers@shb.com |
| LAW OFFICES OF MICHAEL R. KARNUTH | ARENTFOX SCHIFF LLP |
| Michael R. Karnuth (*pro hac vice*)<br>55 East Monroe St., Suite 3800<br>Chicago, IL 60603<br>Telephone: (312) 391-0203<br>mike@karnuthlaw.com | Joseph J. Krasovec III (*pro hac vice*)<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>312-258-5500<br>joseph.krasovec@afslaw.com |
| VOZZOLO LLC | Jeffrey D. Skinner (*pro hac vice*)<br>1717 K Street NW<br>Washington, DC 20006<br>202-857-6000<br>jeffrey.skinner@afslaw.com |
| Antonio Vozzolo (*pro hac vice*)<br>345 Route 17 South<br>Upper Saddle River, N.J. 07458<br>Telephone: 201-630-8820<br>avozzolo@vozzolo.com | ***Attorneys for Defendants Newell Brands Inc. and Sunbeam Products Inc.*** |
| ***Attorneys for Plaintiffs*** | |